<pre>
                                                    District Judge Ronald B. Leighton
                                                    Magistrate Judge J. Kelley Arnold
</pre>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MC08-5000-RBL-JKA |
| Petitioner, ) | |
| ) | ORDER GRANTING |
| v. ) | UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |
| EMIEL A. KANDI, ) | |
| Respondent. ) | |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney; it is hereby

//
//
//
//
//
//

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 1
[MC08-5000-RBL-JKA]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED. The above-captioned case is hereby DISMISSED.

DATED this 13th of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 13th day of November, 2008.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
United States Magistrate Judge

Presented by:

/s/ Kristin B. Johnson
Kristin B. Johnson, WSBA #28189
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 2
[MC08-5000-RBL-JKA]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970